AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Zdenek Svoboda,

|  |  |
|---|---|
| CASE NUMBER: | 08 C 783 |
| V. | |
| ASSIGNED JUDGE: | Lefkow |
| Metropolitan Water Reclamation District of Greater Chicago, et al., | |
| DESIGNATED MAGISTRATE JUDGE: | Keys |

TO: (Name and address of Defendant)

Barbara Osowski, as administrator of the estate of Richard Osowski, star 7194
4059 North McVicker Avenue
Chicago, Illinois 60634

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lawrence V. Jackowiak
Law Offices of Lawrence V. Jackowiak
20 North Clark Street, Suite 1700
Chicago, Illinois 60602

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

APR 0 4 2008
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 4-21-2008 |
| NAME OF SERVER (PRINT) Kevin Read | TITLE Private Investigator |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 4059 N. McVicker Ave Chicago IL 60634 on April 21, 2008

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4-21-2008        Kevin Read /em
                Date                    Signature of Server

783 N. York Rd. Elmhurst IL 60126
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.