# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Zdenek Svoboda

                        Plaintiff,

v.   Case No.: 1:08−cv−00783

Honorable Joan H. Lefkow

Metropolitan Water Reclamation District of Greater Chicago, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 29, 2008:

    MINUTE entry before the Honorable Joan H. Lefkow:Status hearing held on 5/29/2008. Oral motion of defendant Metropolitan Water Reclamation District to extend date to 6/12/2008 to answer or otherwise plead is granted. Scheduling Conference set for 6/12/2008 at 09:30 AM.)Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.