IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ZDENEK SVOBODA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | Case No: 08 C 783 |
| ) | |
| METROPOLITAN WATER ) | Judge LEFKOW |
| RECLAMATION DISTRICT OF ) | |
| GREATER CHICAGO, and ) | Magistrate Judge KEYS |
| BARBARA OSOWSKI, as ) | |
| administrator of the estate of ) | |
| RICHARD OSOWSKI, Star 7194 ) | |
| ) | |
| Defendants. ) | |

**MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD**

NOW COMES the Defendant METROPOLITAN WATER RECLAMATION DISTRICT OF GREATER CHICAGO ("MWRD") by and through its attorneys, Eileen M. Letts, Kevin T. Lee, Carl K. Turpin and Kenya A. Jenkins of the law firm of GREENE AND LETTS, and hereby moves this Honorable Court for the entry of an order extending the time for Defendant to answer or otherwise plead.

1. On May 29, 2008, attorneys for MWRD filed their appearances.

2. MWRD was given until June 12, 2008, to answer or otherwise plead.

3. During the week of June 2, 2008, defense counsel, Carl Turpin, who is primarily responsible for drafting any answer or pleading in the matter, was preparing for an arbitration. Attorney Turpin was out-of-town attending said arbitration for two days.

1

4. Due to defense counsels' schedule and the need for time to confer with their clients regarding the factual allegations of the complaint, Defendant seeks an additional 11 days to answer or otherwise plead to the complaint to Monday, June 23, 2008.

5. Plaintiff's counsel stated that he has no objections to this motion.

6. This motion is made in the interest of justice and not for purposes of delay and will not prejudice any party.

WHEREFORE, Defendant, METROPOLITAN WATER RECLAMATION DISTRICT OF GREATER CHICAGO, by and through its attorneys, move this Honorable Court for entry of an order extending the time to answer in this matter to and including June 23, 2008.

Respectfully submitted,

Metropolitan Water Reclamation
District of Greater Chicago

By: /s/Carl K. Turpin
    Carl K. Turpin

GREENE AND LETTS
Attorneys for Defendant-
Metropolitan Water Reclamation
District of Greater Chicago
111 W. Washington Street
Suite 1650
Chicago, Illinois 60602
312/346-1100

X:\MWRD\SVOBODA 101-00002\Federal Case\pleadings\Motion for Extension of time.doc

2