IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **ZDENEK SVOBODA,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) Case No: 08 C 783 |
| | ) |
| **METROPOLITAN WATER** | ) Judge LEFKOW |
| **RECLAMATION DISTRICT OF** | ) |
| **GREATER CHICAGO, and** | ) Magistrate Judge KEYS |
| **BARBARA OSOWSKI, as** | ) |
| administrator of the estate of | ) |
| **RICHARD OSOWSKI, Star 7194** | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF MOTION

**TO:**   Lawrence V. Jackowiak
Law Offices of Lawrence V. Jackowiak
20 North Clark Street
Suite 1700
Chicago, IL 60602

PLEASE TAKE NOTICE that on **June 12, 2008** at **9:30 a.m.** or as soon thereafter as counsel may be heard, the undersigned shall appear before the **Honorable Judge Joan Lefkow** or any Judge sitting in her stead, in Room 1925, 219 South Dearborn, Chicago, Illinois and move the Court pursuant to the attached: **MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD.**

BY: */s/ Carl K. Turpin*
Carl K. Turpin

GREENE AND LETTS
Attorneys for Defendant-
Metropolitan Water Reclamation
District of Greater Chicago
111 W. Washington Street
Suite 1650
Chicago, Illinois 60602
312/346-1100

## **PROOF OF SERVICE**

The undersigned hereby states under oath that the above mentioned documents were served on the above mentioned parties on **June 9, 2008**:

(**X**)   electronic notification

(**X**)   by placing a copy of same in an envelope properly addressed and stamped and placing envelope in a U.S. Mail Box at 111 West Washington Street, Chicago, Illinois.

By: */s/ Carl K. Turpin*
Carl K. Turpin

GREENE AND LETTS
Attorneys for Defendant-
Metropolitan Water Reclamation
District of Greater Chicago
111 W. Washington Street
Suite 1650
Chicago, Illinois 60602
312/346-1100
X:\MWRD\SVOBODA 101-00002\Federal Case\pleadings\06 09 08-NOM.doc

Case 1:08-cv-00783    Document 19    Filed 06/09/2008    Page 3 of 3