IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ZDENEK SVOBODA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | Case No: 08 C 783 |
| | ) | |
| METROPOLITAN WATER | ) | Judge LEFKOW |
| RECLAMATION DISTRICT OF | ) | |
| GREATER CHICAGO, and | ) | Magistrate Judge KEYS |
| BARBARA OSOWSKI, as | ) | |
| administrator of the estate of | ) | |
| RICHARD OSOWSKI, Star 7194 | ) | |
| | ) | |
| Defendants. | ) | |

## AMENDED NOTICE OF MOTION

**TO:**  Lawrence V. Jackowiak
Law Offices of Lawrence V. Jackowiak
20 North Clark Street
Suite 1700
Chicago, IL 60602

PLEASE TAKE NOTICE that on **Thursday, July 3, 2008** at **9:30 a.m.** or as soon thereafter as counsel may be heard, the undersigned shall appear before the **Honorable Judge Joan Lefkow** or any Judge sitting in her stead, in Room 1925, 219 South Dearborn, Chicago, Illinois and move the Court pursuant to the attached: **DEFENDANT METROPOLITAN WATER RECLAMATION DISTRICT'S MOTION TO DISMISS.**

BY:/s/ Carl K. Turpin
Carl K. Turpin

GREENE AND LETTS
Attorneys for Defendant-
Metropolitan Water Reclamation
District of Greater Chicago
111 W. Washington Street
Suite 1650
Chicago, Illinois 60602
312/346-1100

**PROOF OF SERVICE**

The undersigned hereby states under oath that the above mentioned documents were served on the above mentioned parties on **June 26, 2008**:

(**X**)　　electronic notification

(**X**)　　by placing a copy of same in an envelope properly addressed and stamped and placing envelope in a U.S. Mail Box at 111 West Washington Street, Chicago, Illinois.

By: /s/ Carl K. Turpin<br>Carl K. Turpin

GREENE AND LETTS
Attorneys for Defendant-
Metropolitan Water Reclamation
District of Greater Chicago
111 W. Washington Street
Suite 1650
Chicago, Illinois 60602
312/346-1100
X:\MWRD\SVOBODA 101-00002\Federal Case\Pleadings\06 26 08-NOM.doc