## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
## Eastern Division

Zdenek Svoboda

                                      Plaintiff,

v.                                                         Case No.: 1:08−cv−00783

                                                                Honorable Joan H. Lefkow

Metropolitan Water Reclamation District of Greater Chicago, et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 3, 2008:

      MINUTE entry before the Honorable Joan H. Lefkow:Response to defendant's motion to dismiss [21] due by 7/24/2008; reply due by 7/31/2008; ruling will issue by mail. Scheduling conference of 7/15/2008 stricken.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.