IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ZDENEK SVOBODA, )<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>METROPOLITAN WATER RECLAMATION )<br>DISTRICT OF GREATER CHICAGO, and )<br>BARBARA OSOWSKI, as administrator )<br>of the estate of RICHARD OSOWSKI, )<br>Star 7194, )<br>)<br>    Defendants. ) | No. 08 C 783 |

### MOTION FOR LEAVE TO FILE APPEARANCE AND ANSWER ON BEHALF OF BARBARA OSOWSKI, AS ADMINISTRATOR OF THE ESTATE OF RICHARD OSOWSKI, STAR 7194

Now comes the defendant, BARBARA OSOWSKI, as administrator of the estate of RICHARD OSOWSKI, Star 7194, by her attorney, JOSEPH V. RODDY, and in support of her motion states as follows:

1.  That a Complaint was filed by the plaintiff on February 5, 2008, and a Summons was served on BARBARA OSOWSKI as administrator of the estate of RICHARD OSOWSKI, Star 7194, on April 21, 2008.

2.  That the undersigned attorney has recently been retained by BARBARA OSOWSKI as administrator of the estate of RICHARD OSOWSKI, Star 7194, to represent her interest.

3.  That the undersigned attorney respectfully requests leave of court to file his appearance on behalf of BARBARA OSOWSKI as administrator of the estate of RICHARD OSOWSKI, Star 7194.

4.   That the undersigned attorney respectfully requests twenty-one days to answer or otherwise plead to the Complaint on behalf of BARBARA OSOWSKI as administrator of the estate of RICHARD OSOWSKI, Star 7194.

WHEREFORE, JOSEPH V. RODDY respectfully requests that he be granted leave to file an appearance on behalf of BARBARA OSOWSKI as administrator of the estate of RICHARD OSOWSKI, Star 7194, and that be allowed twenty-one days to answer or otherwise plead to the Complaint.

Respectfully submitted,

/s/Joseph V. Roddy

LAW OFFICES OF JOSEPH V. RODDY
77 West Washington Street
Suite 1100
Chicago, IL 60602
312-368-8220