IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

```
ZDENEK SVOBODA,                    )
                                   )
        Plaintiff,                 )
                                   )
vs.                                )    No. 08 C 783
                                   )
METROPOLITAN WATER RECLAMATION      )
DISTRICT OF GREATER CHICAGO, and    )
BARBARA OSOWSKI, as administrator   )
of the estate of RICHARD OSOWSKI,   )
Star 7194,                         )
                                   )
        Defendants.                )
```

## NOTICE OF MOTION

To:  Mr. Lawrence V. Jackowiak
     Mr. Daniel P. Kiss
     Mr. Louis Joseph Meyer
     Law Offices of Lawrence V. Jackowiak
     20 North Clark Street
     Suite 1700
     Chicago, IL 60602

     Mr. Carl K. Turpin
     Ms. Eileen Marie Letts
     Ms. Kenya a. Jenkins
     Mr. Kevin Thomas Lee
     Greene & Letts
     111 West Washington Street
     Suite 1650
     Chicago, IL 60602

     PLEASE TAKE NOTICE that on July 22, 2008, at 9:30 a.m., I
shall appear before the Honorable Joan Humphrey Lefkow, at the
U.S. District Court, 219 South Dearborn Street, Room 1925,
Chicago, Illinois, and then and there present the attached Motion
for Leave to File Appearance on behalf of Barbara Osowski as
administrator of the estate of Richard Osowski, Star 7194.


                                   /s/ Joseph V. Roddy
                                   _____

Kelly L. Golden, being first duly sworn on oath, deposes and states that she served a copy of the foregoing Notice of Motion and Motion by electronically mailing to the attorneys referenced above, on the 17th day of July, 2008.

/s/Kelly L. Golden
_____

SUBSCRIBED AND SWORN TO BEFORE me this 17th day of July, 2008.

/s/Mary C. Roddy
_____
Notary Public

LAW OFFICES OF JOSEPH V. RODDY
77 West Washington Street
Suite 1100
Chicago, IL 60602
312-368-8220