# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan H. Lefkow | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 783 | **DATE** | 7/22/2008 |
| **CASE TITLE** | Svoboda vs. Metropolitan Water Reclamation District, et al. | | |

**DOCKET ENTRY TEXT**

Motion of defendant Barbara Osowski, as administrator of the estate of Richard Osowski, Star 7194, for leave to file appearance of Joseph V. Roddy on her behalf and for leave to file an answer or otherwise plead by 8/12/2008 [25] is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | MD |
|---|---|---|