UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ZDENEK SVOBODA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 783 |
| | ) | |
| vs. | ) | Judge Lefkow |
| | ) | Magistrate Judge Keys |
| | ) | |
| METROPOLITAN WATER | ) | Jury Demand |
| RECLAMATION DISTRICT OF | ) | |
| GREATER CHICAGO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING**

**TO:**  Carl Turpin, Eileen Letts, Kevin Lee        Joseph V. Roddy
Greene and Letts                                              Law Offices of Joseph V. Roddy
111 West Washington St., Suite 1650           77 West Washington Street
Chicago, Illinois 60602                                     Chicago, Illinois 60602

**PLEASE TAKE NOTICE** that on Thursday, July 24, 2008, I have filed with the Clerk of the Court of the United States District Court for the Northern District of Illinois, Eastern Division, the accompanying **Plaintiff's Response to Defendant's Motion to Dismiss.**

**CERTIFICATE OF SERVICE**

I, Lawrence V. Jackowiak, certify that on Thursday, July 24, 2008, this notice and the above-described document(s) were filed through the District Court's CM/ECF automated docketing system thereby causing service upon all counsel of record.

/s/ Lawrence V. Jackowiak
*Counsel for the Plaintiff*

Lawrence V. Jackowiak
Louis J. Meyer
Daniel P. Kiss
Law Offices of Lawrence V. Jackowiak
20 North Clark Street, Suite 1700
Chicago, Illinois 60602
(312) 795-9595