# EXHIBIT 1

Page -1-

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

STATE OF ILLINOIS )
                   ) SS.
COUNTY OF COOK )

The December, 2002 Grand Jury of the
Circuit Court of Cook County

The Grand Jurors chosen, selected, and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on or about October 25, 2002 at and within the County of Cook

ZDENEK SVOBODA
PAVEL BELOCKY

committed the offense of     AGGRAVATED BATTERY

in that THEY, IN COMMITTING A BATTERY, OTHER THAN BY THE DISCHARGE OF A

FIREARM, KNOWINGLY OR INTENTIONALLY MADE PHYSICAL CONTACT OF AN

INSULTING OR PROVOKING NATURE TO RICHARD OSOWSKI, TO WIT: THEY

STRUCK RICHARD OSOWSKI ABOUT THE BODY, KNOWING RICHARD OSOWSKI TO

BE A PEACE OFFICER, TO WIT: AN OFFICER FOR THE COOK COUNTY WATER

RECLAMATION DISTRICT, WHILE RICHARD OSOWSKI WAS ENGAGED IN THE

EXECUTION OF HIS OFFICIAL DUTIES,

IN VIOLATION OF CHAPTER 720 ACT 5 SECTION 12-4(B)(6)

OF THE ILLINOIS COMPILED STATUTES 1992, AS AMENDED AND,

Contrary to the Statute, and against the peace and dignity of the same People of the State of Illinois

                                      Charge ID Code: 935550

000075

Page -2-

*************************************************************************

The Grand Jurors chosen, selected, and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on or about October 25, 2002 at and within the County of Cook

ZDENEK SVOBODA
PAVEL BELOCKY

committed the offense of    AGGRAVATED BATTERY

in that THEY, IN COMMITTING A BATTERY, OTHER THAN BY THE DISCHARGE OF A

FIREARM, KNOWINGLY OR INTENTIONALLY CAUSED BODILY HARM TO RICHARD

OSOWSKI, TO WIT: THEY STRUCK RICHARD OSOWSKI ABOUT THE BODY,

KNOWING RICHARD OSOWSKI TO BE A PEACE OFFICER, TO WIT: AN OFFICER FOR

THE COOK COUNTY WATER RECLAMATION DISTRICT, WHILE RICHARD OSOWSKI

WAS ENGAGED IN THE EXECUTION OF HIS OFFICIAL DUTIES,

IN VIOLATION OF CHAPTER 720 ACT 5 SECTION 12-4(B)(6)

OF THE ILLINOIS COMPILED STATUTES 1992, AS AMENDED AND,

Contrary to the Statute, and against the peace and dignity of the same People of the State of Illinois

Charge ID Code: 935550

000076

Page -3-

***********************************************************************

The Grand Jurors chosen, selected, and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on or about October 25, 2002 at and within the County of Cook

ZDENEK SVOBODA
PAVEL BELOCKY

committed the offense of    AGGRAVATED BATTERY

in that THEY, INTENTIONALLY OR KNOWINGLY WITHOUT LEGAL JUSTIFICATION

CAUSED BODILY HARM TO RICHARD OSOWSKI, TO WIT: THEY STRUCK RICHARD

OSOWSKI ABOUT THE BODY; WHILE THEY WERE ON OR ABOUT A PUBLIC WAY,

TO WIT: WEST BELLE PLAINE AVENUE, IN CHICAGO, COOK COUNTY, ILLINOIS,

IN VIOLATION OF CHAPTER 720, ACT 5, SECTION 12-4(b)(8)

OF THE ILLINOIS COMPILED STATUTES 1992, AS AMENDED, AND

contrary to the Statute, and against the peace and dignity of the same People of the State of Illinois.

CHARGE ID CODE: 935800

000077