IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ZDENEK SVOBODA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | Case No: 08 C 783 |
| ) | |
| METROPOLITAN WATER ) | Judge LEFKOW |
| RECLAMATION DISTRICT OF ) | |
| GREATER CHICAGO, and ) | Magistrate Judge KEYS |
| BARBARA OSOWSKI, as ) | |
| administrator of the estate of ) | |
| RICHARD OSOWSKI, Star 7194 ) | |
| ) | |
| Defendants. ) | |

**MWRD'S MOTION TO EXTEND TIME TO FILE REPLY TO PLAINTIFF'S RESPONSE TO ITS MOTION TO DISMISS**

NOW COMES the Defendant METROPOLITAN WATER RECLAMATION DISTRICT OF GREATER CHICAGO ("MWRD") by and through its attorneys, Eileen M. Letts, Kevin T. Lee, Carl K. Turpin and Kenya A. Jenkins of the law firm of GREENE AND LETTS, and hereby moves this Honorable Court for the entry of an order extending the time for Defendant to file its Reply to Plaintiff's Response to its Motion to Dismiss.

1. On July 24, 2008, MWRD received Plaintiff's Response to its Motion to Dismiss.

2. MWRD was given until July 31, 2008, to file a Response.

3. During the week of July 24, 2008 and July 31, 2008, defense counsel, Carl Turpin, who is primarily responsible for drafting the reply, was working on various cases, and was out of the office on several days.

1

4. Due to defense counsel's schedule and the need for time to have the client review the Reply to Plaintiff's Response to its Motion to Dismiss, Defendant seeks an additional day to file its Reply to Friday, August 1, 2008.

5. Plaintiff's counsel stated that he has no objections to this motion.

6. This motion is made in the interest of justice and not for purposes of delay and will not prejudice any party.

WHEREFORE, Defendant, METROPOLITAN WATER RECLAMATION DISTRICT OF GREATER CHICAGO, by and through its attorneys, move this Honorable Court for entry of an order extending the time to file its Reply to Plaintiff's Response to its Motion to Dismiss to and including August 1, 2008.

        Respectfully submitted,

        Metropolitan Water Reclamation
        District of Greater Chicago

        By: */s/Carl K. Turpin*
            Carl K. Turpin

GREENE AND LETTS
Attorneys for Defendant-
Metropolitan Water Reclamation
District of Greater Chicago
111 W. Washington Street
Suite 1650
Chicago, Illinois 60602
312/346-1100

X:\MWRD\SVOBODA 101-00002\Federal Case\Pleadings\Motion for Extension of time to file replydoc.doc