**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **ZDENEK SVOBODA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **V.** | ) | **Case No: 08 C 783** |
| | ) | |
| **METROPOLITAN WATER** | ) | **Judge LEFKOW** |
| **RECLAMATION DISTRICT OF** | ) | |
| **GREATER CHICAGO, and** | ) | **Magistrate Judge KEYS** |
| **BARBARA OSOWSKI, as** | ) | |
| **administrator of the estate of** | ) | |
| **RICHARD OSOWSKI, Star 7194** | ) | |
| | ) | |
| **Defendants.** | ) | |

**<u>NOTICE OF MOTION</u>**

**TO:**  Lawrence V. Jackowiak
Law Offices of Lawrence V. Jackowiak
20 North Clark Street
Suite 1700
Chicago, IL 60602

PLEASE TAKE NOTICE that on **Tuesday, August 5, 2008** at **9:30 a.m.** or as soon thereafter as counsel may be heard, the undersigned shall appear before the **Honorable Judge Joan Lefkow** or any Judge sitting in her stead, in Room 1925, 219 South Dearborn, Chicago, Illinois and move the Court pursuant to the attached:

**DEFENDANT METROPOLITAN WATER RECLAMATION DISTRICT'S MOTION TO EXTEND TIME TO FILE REPLY TO PLAINTIFF'S RESPONSE TO ITS MOTION TO DISMISS**.

BY:*/s/ Carl K. Turpin*___
Carl K. Turpin

GREENE AND LETTS
Attorneys for Defendant-
Metropolitan Water Reclamation
District of Greater Chicago
111 W. Washington Street
Suite 1650
Chicago, Illinois 60602
312/346-1100

## PROOF OF SERVICE

The undersigned hereby states under oath that the above mentioned documents were served on the above mentioned parties on **July 31, 2008**:

(**X**)    electronic notification

(**X**)    by placing a copy of same in an envelope properly addressed and stamped and placing envelope in a U.S. Mail Box at 111 West Washington Street, Chicago, Illinois.

By: */s/ Carl K. Turpin*
Carl K. Turpin

GREENE AND LETTS
Attorneys for Defendant-
Metropolitan Water Reclamation
District of Greater Chicago
111 W. Washington Street
Suite 1650
Chicago, Illinois 60602
312/346-1100
X:\MWRD\SVOBODA 101-00002\Federal Case\Pleadings\07 31 08-NOM.doc