IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ZDENEK SVOBODA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | Case No: 08 C 783 |
| ) | |
| METROPOLITAN WATER ) | Judge LEFKOW |
| RECLAMATION DISTRICT OF ) | |
| GREATER CHICAGO, and ) | Magistrate Judge KEYS |
| BARBARA OSOWSKI, as ) | |
| administrator of the estate of ) | |
| RICHARD OSOWSKI, Star 7194 ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING

**TO:** Lawrence V. Jackowiak
Law Offices of Lawrence V. Jackowiak
20 North Clark Street
Suite 1700
Chicago, IL 60602

**PLEASE TAKE NOTICE** that on **August 1, 2008**, we filed with the United States District Court, Northern District of Illinois, Eastern Division the following: **DEFENDANT METROPOLITAN WATER RECLAMATION DISTRICT'S REPLY TO PLAINTIFF'S RESPONSE TO ITS MOTION TO DISMISS** on behalf of defendant, METROPOLITAN WATER RECLAMATION DISTRICT OF GREATER CHICAGO.

　　　　　　　　　　　　　　　　　　　　　/s/ Carl K. Turpin
　　　　　　　　　　　　　　　　　　　　　Carl K. Turpin

Martin P. Greene
Kevin T. Lee
James Singleton
GREENE AND LETTS
Attorneys for Defendant
111 West Washington Street
Suite 1650
Chicago, Illinois 60602
312/346-1100

## **PROOF OF SERVICE**

The undersigned hereby certifies that the above identified documents were served on the above-mentioned parties on **August 1, 2008**:

(**X**)   by personal delivery

(**X**)   by placing a copy of same in an envelope properly addressed and stamped and placing an envelope in a U.S. Mail Box at 111 West Washington Street, Chicago, Illinois.

  */s/ Carl K. Turpin*
  Carl K. Turpin

GREENE AND LETTS
Attorneys for Defendant-
Metropolitan Water Reclamation
District of Greater Chicago
111 W. Washington Street
Suite 1650
Chicago, Illinois 60602
312/346-1100
X:\MWRD\SVOBODA 101-00002\Federal Case\Pleadings\08 01 08-NOF.doc