IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ZDENEK SVOBODA, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 08 C 783 |
| | ) |
| METROPOLITAN WATER RECLAMATION DISTRICT OF GREATER CHICAGO, and BARBARA OSOWSKI, as administrator of the estate of RICHARD OSOWSKI, Star 7194, | ) Judge Lefkow ) ) Magistrate Judge Keys ) ) |
| | ) |
|     Defendants. | ) |

**DEFENDANT BARBARA OSOWSKI'S ANSWER TO
PLAINTIFF ZDENEK SVOBODA'S COMPLAINT**

NOW COMES the defendant, BARBARA OSOWSKI, as Administrator of the Estate of RICHARD OSOWSKI, Star 7194, by and through her attorneys, THE LAW OFFICES OF JOSEPH V. RODDY, and for her Answer to the plaintiff's Complaint, states as follows:

1.   This is an action for money damages brought pursuant to 42 U.S.C. § 1983, and the Fourth and Fourteenth Amendments to the United States Constitution, and under the common law and statutes of the State of Illinois.

ANSWER:   Admits that there is in full force and effect Section 42 U.S.C. §1983, and the Fourth and Fourteenth Amendments to the United States Constitution, but deny their applicability to the instant case.

2.    Jurisdiction for Plaintiff's federal claim is based on 28 U.S.C. §§ 1331 and 1343.  Jurisdiction for Plaintiff's state claims is based on supplemental jurisdiction pursuant to 28 U.S.C. § 1367(a).

ANSWER:   Admits that there is in full force and effect Section 28 U.S.C. §§1331 and 1343, as well as 28 U.S.C. §1367(a), but deny their applicability.

3.    RICHARD OSOWSKI was a duly appointed and sworn Metropolitan Water Reclamation District police officer.  At all times material to this complaint, Defendant OSOWSKI was acting in the course and scope of his employment and under color of state law, ordinance and/or regulation.

ANSWER:   The defendant, BARBARA OSOWSKI, as Administrator of the Estate of RICHARD OSOWSKI, Star 7194, admits the allegations of paragraph 3.

4.    BARBARA OSOWSKI, the widow of RICHARD OSOWSKI, has been appointed the administrator of the estate of RICHARD OSOWSKI.

ANSWER:   The defendant, BARBARA OSOWSKI, as Administrator of the Estate of RICHARD OSOWSKI, Star 7194, admits the allegations of paragraph 4.

5.    On October 25, 2002, at about 10:00 p.m., plaintiff ZDENEK SVOBODA and Pavel Belocky were dropped off by a friend, Adam Reimandowski, near their house located at 4105 N. McVicker, Chicago, Illinois, County of Cook.

ANSWER:   The defendant, BARBARA OSOWSKI, as Administrator of the Estate of RICHARD OSOWSKI, Star 7194, is without knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 5.

6.   At that time, Defendant-Officer RICHARD OSOWSKI lived at 4059 N. McVicker, and was outside.

ANSWER:   The defendant, BARBARA OSOWSKI, as Administrator of the Estate of RICHARD OSOWSKI, Star 7194, is without knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 6.

7.   As Plaintiff ZDENEK SVOBODA and Pavel Belocky got out of their friend's car, Pavel Belocky put a white Styrofoam container containing leftover food from lunch on the grass so that he could put on his backpack.

ANSWER:   The defendant, BARBARA OSOWSKI, as Administrator of the Estate of RICHARD OSOWSKI, Star 7194, is without knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 7.

8.   From across the street, Defendant-Officer RICHARD OSOWSKI began swearing at plaintiffs ZDENEK SVOBODA and Pavel Belocky.

ANSWER:   The defendant, BARBARA OSOWSKI, as Administrator of the Estate of RICHARD OSOWSKI, Star 7194, is without knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 8.

9.   Pavel Belocky picked up the Styrofoam container and he and plaintiff ZDENEK SVOBODA walked towards Defendant-Officer RICHARD OSOWSKI.

ANSWER:   The defendant, BARBARA OSOWSKI, as Administrator of the Estate of RICHARD OSOWSKI, Star 7194, is without knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 9.

10.   Defendant-Officer RICHARD OSOWSKI told plaintiffs ZDENEK SVOBODA and Pavel Belocky that he was a police officer.

ANSWER:   The defendant, BARBARA OSOWSKI, as Administrator of the Estate of RICHARD OSOWSKI, Star 7194, is without knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 10.

11.   Defendant-Officer RICHARD OSOWSKI then showed plaintiffs ZDENEK SVOBODA and Pavel Belocky his badge, which was clipped on his belt.

ANSWER:   The defendant, BARBARA OSOWSKI, as Administrator of the Estate of RICHARD OSOWSKI, Star 7194, is without knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 11.

12.   Defendant-Officer RICHARD OSOWSKI was also carrying a loaded gun.

ANSWER:   The defendant, BARBARA OSOWSKI, as Administrator of the Estate of RICHARD OSOWSKI, Star 7194, is without knowledge or information sufficient to form a belief about the truth of the

allegations of paragraph 12.

13.   As plaintiffs ZDENEK SVOBODA and Pavel Belocky got closer to Defendant-Officer RICHARD OSOWSKI, defendant pepper-sprayed them both in the eyes and face.

ANSWER:   The defendant, BARBARA OSOWSKI, as Administrator of the Estate of RICHARD OSOWSKI, Star 7194, is without knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 13.

14.   Plaintiffs ZDENEK SVOBODA and Pavel Belocky tried to take the pepper-spray away from Defendant-Officer RICHARD OSOWSKI.

ANSWER:   The defendant, BARBARA OSOWSKI, as Administrator of the Estate of RICHARD OSOWSKI, Star 7194, is without knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 14.

15.   At this time, Defendant-Officer RICHARD OSOWSKI took out his weapon and shot at plaintiff ZDENEK SVOBODA.

ANSWER:   The defendant, BARBARA OSOWSKI, as Administrator of the Estate of RICHARD OSOWSKI, Star 7194, is without knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 15.

16.   Plaintiffs ZDENEK SVOBODA and Pavel Belocky heard a gunshot while they were attempting to take the pepper-spray away from Defendant-Officer RICHARD OSOWSKI.

ANSWER:   The defendant, BARBARA OSOWSKI, as Administrator of the Estate of RICHARD OSOWSKI, Star 7194, is without knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 16.

17.   Plaintiff ZDENEK SVOBODA had been shot in the abdomen by Defendant-Officer RICHARD OSOWSKI, and the bullet had exited through his back.

ANSWER:   The defendant, BARBARA OSOWSKI, as Administrator of the Estate of RICHARD OSOWSKI, Star 7194, is without knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 17.

18.   After the gunshot, plaintiffs ZDENEK SVOBODA and Pavel Belocky left and walked to their house.

ANSWER:   The defendant, BARBARA OSOWSKI, as Administrator of the Estate of RICHARD OSOWSKI, Star 7194, is without knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 18.

19.   Plaintiff ZDENEK SVOBODA felt dizzy so he went to lie down in his bedroom.

ANSWER:   The defendant, BARBARA OSOWSKI, as Administrator of the Estate of RICHARD OSOWSKI, Star 7194, is without knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 19.

20.   Pavel Belocky left to go out.

ANSWER:   The defendant, BARBARA OSOWSKI, as Administrator

of the Estate of RICHARD OSOWSKI, Star 7194, is without knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 20.

    21.   Plaintiff ZDENEK SVOBODA could not sleep and he felt sick so he got out of bed and went to the bathroom.

    ANSWER:   The defendant, BARBARA OSOWSKI, as Administrator of the Estate of RICHARD OSOWSKI, Star 7194, is without knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 21.

    22.   Plaintiff ZDENEK SVOBODA then returned to his bedroom and laid back down.

    ANSWER:   The defendant, BARBARA OSOWSKI, as Administrator of the Estate of RICHARD OSOWSKI, Star 7194, is without knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 22.

    23.   Plaintiff ZDENEK SVOBODA does not remember what happened after he laid back down in his bedroom.

    ANSWER:   The defendant, BARBARA OSOWSKI, as Administrator of the Estate of RICHARD OSOWSKI, Star 7194, is without knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 23.

    24.   Later, plaintiff ZDENEK SVOBODA's roommate, Zdenka Trhlikova, heard plaintiff calling for help and went to see what was wrong.

    ANSWER:   The defendant, BARBARA OSOWSKI, as Administrator

of the Estate of RICHARD OSOWSKI, Star 7194, is without knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 24.

25.   Zdenka Trhlikova saw that plaintiff ZDENEK SVOBODA had been shot.

ANSWER:   The defendant, BARBARA OSOWSKI, as Administrator of the Estate of RICHARD OSOWSKI, Star 7194, is without knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 25.

26.   Zdenka Trhlikova went upstairs to Kamil Spicak's apartment and told Kamil that plaintiff ZDENEK SVOBODA had been shot.  Since Zdenka Trhlikova did not speak English, she asked Kamil to assist in getting help for plaintiff ZDENEK SVOBODA.

ANSWER:   The defendant, BARBARA OSOWSKI, as Administrator of the Estate of RICHARD OSOWSKI, Star 7194, is without knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 26.

27.   Kamil Spicak could not call for an ambulance since he also did not speak English.  Kamil telephoned Marketa Kucikova.

ANSWER:   The defendant, BARBARA OSOWSKI, as Administrator of the Estate of RICHARD OSOWSKI, Star 7194, is without knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 27.

28.   Marketa Kucikova told Kamil Spicak that she would come over right away to help them.

 ANSWER: The defendant, BARBARA OSOWSKI, as Administrator of the Estate of RICHARD OSOWSKI, Star 7194, is without knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 28.

 29. By the time Marketa Kucikova arrived at plaintiff's home, located at 4105 N. McVicker, police officers had already arrived on the scene.

 ANSWER: The defendant, BARBARA OSOWSKI, as Administrator of the Estate of RICHARD OSOWSKI, Star 7194, is without knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 29.

 30. Plaintiff ZDENEK SVOBODA was transported by ambulance to Lutheran General Hospital, Chicago, to be treated for the gunshot wound.

 ANSWER: The defendant, BARBARA OSOWSKI, as Administrator of the Estate of RICHARD OSOWSKI, Star 7194, is without knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 30.

 31. Plaintiff ZDENEK SVOBODA was taken into surgery for internal bleeding to his large intestines.

 ANSWER: The defendant, BARBARA OSOWSKI, as Administrator of the Estate of RICHARD OSOWSKI, Star 7194, is without knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 31.

 32. Plaintiff ZDENEK SVOBODA was informed that he was a

half-hour away from losing too much blood to recover from the wound.

    ANSWER:  The defendant, BARBARA OSOWSKI, as Administrator of the Estate of RICHARD OSOWSKI, Star 7194, is without knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 32.

    33.  Immediately following the surgery, plaintiff ZDENEK SVOBODA was handcuffed to his bed by one leg and one arm. Plaintiff was under arrest and was being charged with aggravated battery to a police officer based on the above-described incident with Defendant-Officer RICHARD OSOWSKI.

    ANSWER:  The defendant, BARBARA OSOWSKI, as Administrator of the Estate of RICHARD OSOWSKI, Star 7194, is without knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 33.

    34.  Plaintiff ZDENEK SVOBODA developed an infection after the surgery.

    ANSWER:  The defendant, BARBARA OSOWSKI, as Administrator of the Estate of RICHARD OSOWSKI, Star 7194, is without knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 34.

    35.  As a result of the infection, plaintiff ZDENEK SVOBODA was taken in for a second surgery about four days after the initial surgery.

    ANSWER:  The defendant, BARBARA OSOWSKI, as Administrator

of the Estate of RICHARD OSOWSKI, Star 7194, is without knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 35.

36.   Plaintiff ZDENEK SVOBODA's mother, Bozena Svoboda, was allowed to visit plaintiff only once after the surgery.  When Ms. Svoboda subsequently returned to the hospital to try and see her son, she was not allowed to see plaintiff on two separate occasions.

ANSWER:  The defendant, BARBARA OSOWSKI, as Administrator of the Estate of RICHARD OSOWSKI, Star 7194, is without knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 36.

37.   Shortly after his second surgery at Lutheran General Hospital, plaintiff ZDENEK SVOBODA was transported to Cook County Hospital.

ANSWER:  The defendant, BARBARA OSOWSKI, as Administrator of the Estate of RICHARD OSOWSKI, Star 7194, is without knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 37.

38.   Plaintiff ZDENEK SVOBODA remained at Cook County Hospital for approximately three weeks thereafter.

ANSWER:  The defendant, BARBARA OSOWSKI, as Administrator of the Estate of RICHARD OSOWSKI, Star 7194, is without knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 38.

39.     On one occasion while he was hospitalized, plaintiff ZDENEK SVOBODA asked the officer stationed next to his bed if he could use the restroom.  The officer told him he would have to wait until the shift change, which was almost two hours away.  Because Plaintiff ZDENEK SVOBODA needed to use the bathroom and could not wait for two hours, plaintiff had to relieve himself in his hospital bed.

ANSWER:   The defendant, BARBARA OSOWSKI, as Administrator of the Estate of RICHARD OSOWSKI, Star 7194, is without knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 39.

40.     Until bond was posted, at least one officer was constantly stationed by plaintiff ZDENEK SVOBODA's hospital bed.

ANSWER:   The defendant, BARBARA OSOWSKI, as Administrator of the Estate of RICHARD OSOWSKI, Star 7194, is without knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 40.

41.     Four days prior to plaintiff ZDENEK SVOBODA's release from Cook County hospital, his employer posted bail for him in the amount of five thousand dollars.  Once plaintiff had posted bail, the handcuffs on plaintiff's ankles and wrists were removed and there was no longer an officer constantly sitting next to his bed.

ANSWER:   The defendant, BARBARA OSOWSKI, as Administrator of the Estate of RICHARD OSOWSKI, Star 7194, is without knowledge

or information sufficient to form a belief about the truth of the allegations of paragraph 41.

42.   When Pavel Belocky returned home to 4105 N. McVicker at about 3:00 a.m. on October 26, 2002, following the above-described incident with defendant OSOWSKI, five Chicago Police detectives and one Sergeant were present.

ANSWER:   The defendant, BARBARA OSOWSKI, as Administrator of the Estate of RICHARD OSOWSKI, Star 7194, is without knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 42.

43.   These officers placed Pavel Belocky under arrest for aggravated battery to defendant Officer RICHARD OSOWSKI.

ANSWER:   The defendant, BARBARA OSOWSKI, as Administrator of the Estate of RICHARD OSOWSKI, Star 7194, admits the allegations of paragraph 43.

44.   Defendant-Officer RICHARD OSOWSKI instituted felony charges against plaintiffs ZDENEK SVOBODA and Pavel Belocky for felony aggravated battery to a police officer based on the above-described October 25, 2002 incident near defendant's home.

ANSWER:   The defendant, BARBARA OSOWSKI, as Administrator of the Estate of RICHARD OSOWSKI, Star 7194, denies that RICHARD OSOWSKI instituted felony charges; states that the State's Attorney's Office of Cook County instituted the charges; admit the remaining allegations of paragraph 44.

45.   The aggravated battery to defendant Officer RICHARD

OSOWSKI charge was brought against plaintiffs ZDENEK SVOBODA and Pavel Belocky in Cook County under case number 02 CR 28389, <u>People of the State of Illinois v. Zdenek Svoboda, and Pavel Belocky.</u>

    ANSWER:   The defendant, BARBARA OSOWSKI, as Administrator of the Estate of RICHARD OSOWSKI, Star 7194, admits the allegations of paragraph 45.

    46.   Under 720 ILCS 5/12-4(b)(6), aggravated battery to a police officer is a Class 3 felony, which carries a possible penalty of 2-5 years in the Illinois Department of Corrections.

    ANSWER:   The defendant, BARBARA OSOWSKI, as Administrator of the Estate of RICHARD OSOWSKI, Star 7194, admits the allegations of paragraph 46.

    47.   Plaintiffs ZDENEK SVOBODA and Pavel Belocky appeared in court numerous times on the aggravated battery to Defendant-Officer RICHARD OSOWSKI charge.

    ANSWER:   The defendant, BARBARA OSOWSKI, as Administrator of the Estate of RICHARD OSOWSKI, Star 7194, is without knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 47.

    48.   On December 12, 2003, after a bench trial, plaintiffs ZDENEK SVOBODA and Pavel Belocky were found not guilty of aggravated battery to Defendant-Officer RICHARD OSOWSKI.

    ANSWER:   The defendant, BARBARA OSOWSKI, as Administrator of the Estate of RICHARD OSOWSKI, Star 7194, admits the

allegations of paragraph 48.

49. As a direct and proximate result of the acts of the defendant described above, plaintiff ZDENEK SVOBODA has suffered and continues to suffer great damages including pain and suffering arising from the gun shot wound to his abdomen, recurring stomach pains, extensive scarring, loss of his physical liberty for about 30 days, loss of earnings for the entire time he was hospitalized and for two months after his release from the hospital, approximately fifty-five thousand dollars in medical expenses, six thousand dollars in attorney's fees from his criminal trial, emotional distress, mental anguish and humiliation, injury to his good name and reputation, and other non-pecuniary losses.

ANSWER: The defendant, BARBARA OSOWSKI, as Administrator of the Estate of RICHARD OSOWSKI, Star 7194, denies the allegations of paragraph 49.

## COUNT I

### 42 U.S.C. §1983, Excessive Force

50. Plaintiff ZDENEK SVOBODA realleges paragraphs 1 through 49 as if fully set forth herein.

ANSWER: The defendant, BARBARA OSOWSKI, as Administrator of the Estate of RICHARD OSOWSKI, Star 7194, realleges her answers to paragraphs 1 through 49 as her answers to paragraph 50.

51. The actions of Defendant-Officer RICHARD OSOWSKI in

shooting plaintiff ZDENEK SVOBODA in the abdomen, violated Plaintiff's Fourth Amendment right, as guaranteed by the Fourteenth Amendment, to be free from the use of excessive and unreasonable force.

ANSWER:  The defendant, BARBARA OSOWSKI, as Administrator of the Estate of RICHARD OSOWSKI, Star 7194, denies the allegations of paragraph 51.

WHEREFORE, the defendant, BARBARA OSOWSKI, as Administrator of the Estate of RICHARD OSOWSKI, Star 7194, denies that plaintiff is entitled to any relief prayed for in this Count I.

### COUNT II

### 42 U.S.C. §1983, Excessive Force

52.  Plaintiff ZDENEK SVOBODA realleges paragraphs 1 through 49 as if fully set forth herein.

ANSWER:  The defendant, BARBARA OSOWSKI, as Administrator of the Estate of RICHARD OSOWSKI, Star 7194, realleges her answers to paragraphs 1 through 49 as her answers to paragraph 52.

53.  The actions of Defendant-Officer RICHARD OSOWSKI in pepper-spraying plaintiff ZDENEK SVOBODA, violated plaintiff's Fourth Amendment right as guaranteed by the Fourteenth Amendment, to be free from the use of excessive and unreasonable force.

ANSWER:  The defendant, BARBARA OSOWSKI, as Administrator of the Estate of RICHARD OSOWSKI, Star 7194, denies the truth of the allegations of paragraph 53.

WHEREFORE, the defendant, BARBARA OSOWSKI, as Administrator of the Estate of RICHARD OSOWSKI, Star 7194, denies that plaintiff is entitled to any of the relief prayed for in this Count II.

### COUNT III

### State Claim for Malicious Prosecution

54.  Plaintiff ZDENEK SVOBODA realleges paragraphs 1 through 49 as if fully set forth herein.

ANSWER:  The defendant, BARBARA OSOWSKI, as Administrator of the Estate of RICHARD OSOWSKI, Star 7194, realleges her answers to paragraphs 1 through 49 as her answers to paragraph 54.

55.  Defendant-Officer RICHARD OSOWSKI instituted charges against plaintiff ZDENEK SVOBODA for felony aggravated battery to a police officer.

ANSWER:  The defendant, BARBARA OSOWSKI, as Administrator of the Estate of RICHARD OSOWSKI, Star 7194, denies that RICHARD OSOWSKI instituted charges against the plaintiff; admits that the State's Attorney's Office of Cook County filed charges against plaintiff for aggravated battery to a police officer.

56.  There was not probable cause for instituting these charges.

ANSWER:  The defendant, BARBARA OSOWSKI, as Administrator of the Estate of RICHARD OSOWSKI, Star 7194, denies the truth of the allegations of paragraph 56.

57.   Plaintiff ZDENEK SVOBODA was found not-guilty of felony aggravated battery to Defendant-Officer RICHARD OSOWSKI.

ANSWER:   The defendant, BARBARA OSOWSKI, as Administrator of the Estate of RICHARD OSOWSKI, Star 7194, admits the truth of the allegations of paragraph 57.

WHEREFORE, the defendant, BARBARA OSOWSKI, as Administrator of the Estate of RICHARD OSOWSKI, Star 7194, denies that plaintiff is entitled to any of the relief prayed for in this Count III.

## COUNT IV

### State Claim for Respondeat Superior

58.   Plaintiff realleges paragraphs 1 through 49 as if fully set forth herein.

ANSWER:   The defendant, BARBARA OSOWSKI, as Administrator of the Estate of RICHARD OSOWSKI, Star 7194, states that these allegations under paragraph 58 are not directed to the defendant, and therefore, no answer is made.

59.   The acts of defendant RICHARD OSOWSKI described in the state claims specified above, were willful and wanton, and committed in the scope of his employment.

ANSWER:   The defendant, BARBARA OSOWSKI, as Administrator of the Estate of RICHARD OSOWSKI, Star 7194, states that these allegations under paragraph 59 are not directed to the defendant, and therefore, no answer is made.

WHEREFORE, the defendant, BARBARA OSOWSKI, as Administrator

of the Estate of RICHARD OSOWSKI, Star 7194, denies that plaintiff is entitled to any of the relief prayed for in this Count IV.

                                            Respectfully submitted,

                                            /s/Joseph V. Roddy

Joseph V. Roddy (ARDC# 02361604)
LAW OFFICES OF JOSEPH V. RODDY
77 West Washington Street
Suite 1100
Chicago, IL 60602
312-368-8220