IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ZDENEK SVOBODA, | ) |
|     Plaintiff, | ) |
| vs. | ) Case No. 08 C 783 |
| METROPOLITAN WATER RECLAMATION DISTRICT OF GREATER CHICAGO, and BARBARA OSOWSKI, as administrator of the estate of RICHARD OSOWSKI, Star 7194, | ) Judge Lefkow<br>) Magistrate Judge Keys |
|     Defendants. | ) |

**NOTICE OF FILING**

To:  Mr. Lawrence V. Jackowiak    Ms. Ellen M. Avery
      Mr. Louis J. Meyer              Metropolitan Water Reclamation
      Mr. Daniel P. Kiss                District of Greater Chicago
      20 North Clark Street          100 East Erie Street
      Suite 1700                         Chicago, IL 60611
      Chicago, IL 60602

      PLEASE TAKE NOTICE that on August 12, 2008, we electronically filed the attached Defendant Barbara Osowski's Answer to Plaintiff Zdenek Svoboda's Complaint, and hereby served a copy upon you.

                                                      /s/Joseph V. Roddy

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 12, 2008, I electronically filed the foregoing Notice of Filing and Defendant Barbara Osowski's Answer to Plaintiff Zdenek Svoboda's Complaint, with the Clerk of the Court using the ECF system which sent electronic notification of the filing on the same day to:

      Mr. Lawrence V. Jackowiak    Ms. Ellen M. Avery
      Mr. Louis J. Meyer              Metropolitan Water Reclamation
      Mr. Daniel P. Kiss                District of Greater Chicago
      20 North Clark Street          100 East Erie Street
      Suite 1700                         Chicago, IL 60611
      Chicago, IL 60602

                                                      /s/Joseph V. Roddy

SUBSCRIBED AND SWORN TO BEFORE me this 12th day of August, 2008.

                                                  /s/Mary C. Roddy
                                                          Notary Public

LAW OFFICES OF JOSEPH V. RODDY
77 West Washington Street
Chicago, IL 60602
312-368-8220